

**Entered on Docket
April 30, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Seth J. Adams, Esq., Nevada SBN 11034
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
khintz@mccarthyholthus.com
Phone (702) 685-0329
Fax (866) 339-5691

Attorney for: Secured Creditor, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-3, ASSET-BACKED CERTIFICATES, SERIES 2005-3, its assignees and/or successors and the servicing agent LITTON LOAN SERVICING

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Olimpia Jimenez De-Alvarado,<br><br>Debtor | ) Case No.: BK-S 09-12396-LBR<br>)<br>) Chapter 7<br>)<br>) DATE: 04/08/2009<br>) TIME: 10:00AM<br>)<br>) ORDER TERMINATING<br>) AUTOMATIC STAY<br>) |

    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

///

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay
2 provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of
3 Movant in the real property commonly known as 265 Lyra Lane, Las Vegas, NV 89110.

5    Secured Creditor will provide not less than 5 days notice of the date, time, and
6 location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by
7 Nevada law.

9 IT IS SO ORDERED.

12 Submitted by:

13 _/s/ Seth J. Adams, Esq._
Seth J. Adams, Esq., Nevada SBN 11034
14 811 South Sixth Street
Las Vegas, NV 89101
15 Phone (702) 685-0329

17 Approved/Disapproved

18 _Emailed 4/9/2009 – No response received._
19 William A. Leonard
5030 Paradise Road #B216
20 Las Vegas, NV 89119

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: William A. Leonard *Emailed 4/9/2009 – No response received.*

/s/ Seth J. Adams, Esq.
Seth J. Adams, Esq., Nevada SBN 11034

### #

M&H File No. NV09-7121
BK-S 09-12396-LBR